IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JERRY PATRICK WILLIAMS** | § | **PETITIONER** |
| | § | |
| **v.** | § | **Civil No. 1:22-cv-335-HSO-RPM** |
| | § | |
| **MIKE EZELL** | § | **RESPONDENT** |

## FINAL JUDGMENT

This matter came to be heard on the Report and Recommendation [19] of United States Magistrate Judge Robert P. Myers, Jr., recommending that Petitioner Jerry Patrick Williams's Amended Petition for Writ of Habeas Corpus [7] be dismissed without prejudice. The Court, after a full review and consideration of the Magistrate Judge's Report and Recommendation [19], the record as a whole, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 3rd day of January, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE