IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JERRY PATRICK WILLIAMS** | § | **PETITIONER** |
| | § | |
| v. | § | Civil No. 1:22-cv-335-HSO-RPM |
| | § | |
| **MIKE EZELL** | § | **RESPONDENT** |

## CERTIFICATE OF APPEALABILITY

A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court or a proceeding pursuant to 28 U.S.C. § 2241,[1] the Court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the RULES GOVERNING SECTION 2254 CASES FOR THE UNITED STATES DISTRICT COURTS, hereby finds that:

A Certificate of Appealability should not issue in this case. Jurists of reason could not conclude that the Court's dismissal of Williams's claims as unexhausted was debatable or incorrect. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Date: January 3, 2024

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

---

[1] A pretrial detainee in a state-court proceeding who petitioned the Court under § 2241 "must obtain a COA" in order to appeal an order dismissing the petition. *Stringer v. Williams*, 161 F.3d 259, 262 (5th Cir. 1998).